DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARCUS K. LEWIS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-3340

[April 21, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Kirk Volker, Judge; L.T. Case No. 502016CF003575.

Marcus K. Lewis, Suwannee, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, KLINGENSMITH, and ARTAU, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***